Jane Gordon
Jane Gordon Law
1004 West Fort St.
Boise, Idaho 83702
Phone: 208-391-4747
jane@janegordonlaw.com
Attorney for Plaintiff Aaron Salstrom

Peter J. Kesling
Capital Injury & Disability Law
2401 Bristol CT SW Suite D-101
Olympia, WA 98502
Phone: (360) 209-3360
staff@capitalinjurylaw.com
Attorney for Plaintiff Aason Salstrom

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AARON SALSTROM,<br><br>      Plaintiff,<br><br>vs.<br><br>AUTO OWNERS INSURANCE,<br><br>      Defendant. | Case No. 1:26-cv-00333-AKB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Aaron Salstrom, Plaintiff in the above-captioned matter, hereby

substitutes Jane Gordon of Jane Gordon Law and Peter J. Kesling of Capital Injury & Disability

Law as attorneys of record in place of Gader Wren and Richard Johnson of Litster Frost Injury

Lawyers.

All future notices, pleadings, correspondence, and other documents should be directed to newly

substituted counsel as follows:

///

NOTICE OF SUBSTITUTION OF ATTORNEY - 1

Doc ID: 3e7f99d70fe5283d29557690816cdb045d7055ff

Jane Gordon
Jane Gordon Law
1004 West Fort St.
Boise, Idaho 83702
Phone: (208) 391-4747
jane@janegordonlaw.com

Peter Kesling
Capital Injury & Disability Law
2401 Bristol CT SW unit D101
Olympia, WA 98502
Phone: (360) 209-3360
staff@capitalinjurylaw.com

DATED this 22 day of June, 2026.

CONSENTED TO AND APPROVED BY:

AARON SALSTROM

_____
Aaron Salstrom
Plaintiff

LITSTER FROST INJURY LAWYERS

_____
Jader Ween
Richard Johnson
Former Attorney for Plaintiff Aaron Salstrom

JANE GORDON LAW

_____
Jane Gordon
New Attorney for Plaintiff Aaron Salstrom

CAPITAL INJURY & DISABILITY LAW

_____
Peter J. Kesling
New Attorney for Plaintiff Aaron Salstrom

NOTICE OF SUBSTITUTION OF ATTORNEY - 2

Doc ID: 3e7f99d70fe5283d29557690816cdb045d7055ff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22__ day of June, 2026, I filed the foregoing NOTICE OF SUBSTITUTION OF ATTORNEY electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electric Filing: send notification of such filing to all counsel of record.

Gader Wren
Litster Frost Injury Lawyers
1097 N. Rosario St., Ste. 200
Meridian, ID 83642
GaderW@litsterfrost.com

|   | |
|---|---|
|   | U.S Mail |
|   | Hand Delivered |
|   | Facsimile Transmission |
|   | E-Mail |
| x | EM/ECF Filing |

Richard Johnson
Litster Frost Injury Lawyers
1097 N. Rosario St., Ste. 200
Meridian, ID 83642
RichJ@litsterfrost.com

|   | |
|---|---|
|   | U.S Mail |
|   | Hand Delivered |
|   | Facsimile Transmission |
|   | E-Mail |
| x | EM/ECF Filing |

Michael J. Elia
Moore Elia Kraft & Stacey, LLP
Post Office Box 6756
Boise, Idaho 93707
mj@melawfirm.net

|   | |
|---|---|
|   | U.S Mail |
|   | Hand Delivered |
|   | Facsimile Transmission |
|   | E-Mail |
| x | EM/ECF Filing |

Tanner J. Smith
Moore Elia Kraft & Stacey, LLP
Post Office Box 6756
Boise, Idaho 93707
tanner@melawfirm.net

|   | |
|---|---|
|   | U.S Mail |
|   | Hand Delivered |
|   | Facsimile Transmission |
|   | E-Mail |
| x | EM/ECF Filing |

Jane Gordon
Peter J. Kesling

NOTICE OF SUBSTITUTION OF ATTORNEY - 3

**Dropbox** Sign                                              **Audit trail**

| | |
|---|---|
| **Title** | Notice of Sub of Attorney.pdf |
| **File name** | Draft%20Notice%20...of%20Attorney.pdf |
| **Document ID** | 3e7f99d70fe5283d29557690816cdb045d7055ff |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
06 / 22 / 2026
20:30:00 UTC
Sent for signature to Aaron Salstrom (asalstrom@gmail.com) by services@clio.com acting on behalf of brenda@capitalinjurylaw.com
IP: 173.160.154.57

**VIEWED**
06 / 22 / 2026
20:38:59 UTC
Viewed by Aaron Salstrom (asalstrom@gmail.com)
IP: 174.230.194.188

**SIGNED**
06 / 22 / 2026
20:40:05 UTC
Signed by Aaron Salstrom (asalstrom@gmail.com)
IP: 174.230.194.188

**COMPLETED**
06 / 22 / 2026
20:40:05 UTC
The document has been completed.